NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6336
jared.l.grimmer@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00354-GMN-BNW |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| OSCAR IVAN ESCOBEDO-GONZALEZ, | |
| Defendant. | |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about November 23, 2020, a Complaint was filed with the Court, charging Mr. Escobedo-Gonzalez with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-01009-BNW.

2. Mr. Escobedo-Gonzalez made an initial appearance before the Court on or about November 25, 2020, and was ordered detained, pending trial. *Id.* at ECF No. 3. Mr. Escobedo-Gonzalez remains detained by the U.S. Marshals Service.

3. Mr. Escobedo-Gonzalez has signed a plea agreement with the United States, and this Court has set a change of plea hearing for February 3, 2021. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

DATED this 18th day of December, 2020.

NICHOLAS A. TRUTANICH
United States Attorney


*Jared L. Grimmer*
JARED L. GRIMMER
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR IVAN ESCOBEDO-GONZALEZ,<br><br>Defendant. | Case No. 2:20-cr-00354-GMN-BNW<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Oscar Ivan Escobedo-Gonzalez,* is unsealed.

**DATED** this __18__ day of December, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

3